# **Exhibit 3**

| | |
|---|---|
| **From:** | Margolin, James (USANYS) [Contractor] |
| **To:** | (b) (6), (b) (7)(C) |
| **Cc:** | Biase, Nicholas (USANYS) |
| **Subject:** | Search in Mamaroneck re (b) (6), (b) (7)(C) diary? |
| **Date:** | Thursday, November 4, 2021 10:28:42 AM |

Willy Rashbaum from the Times just called and says they know or believe that a search warrant is being conducted in Mamaroneck this morning at a location that is either the residence of Eric Cochrane (sp?) — who may or may not be a whistle-blower — or a Project Veritas office. He believes this is in connection with a Florida investigation into whether Project Veritas stole, or purchased a stolen, diary belonging to (b) (6), (b) (7)(C).

James Margolin
chief public information officer
U.S. Attorney's Office, SDNY
(b) (6), (b) (7)(C)

1

**From:** Margolin, James (USANYS) [Contractor]
**To:** (b) (6), (b) (7)(C)
**Cc:** (b) (6), (b) (7)(C) ; Biase, Nicholas (USANYS)
**Subject:** Re: Search in Mamaroneck re (b) (6), (b) (7)(C) diary?
**Date:** Thursday, November 4, 2021 11:16:21 AM

Two searches:
Manhattan search at (b) (6), (b) (7)(C), home of Spencer Meads.
(b) (6), (b) (7)(C)., home of Project Veritas head James O'Keefe.

James Margolin
chief public information officer
U.S. Attorney's Office, SDNY
(b) (6), (b) (7)(C)



2

| | |
|---|---|
| **From:** | Margolin, James (USANYS) [Contractor] |
| **To:** | (b) (6), (b) (7)(C) |
| **Cc:** | (b) (6), (b) (7)(C) ); Biase, Nicholas (USANYS) |
| **Subject:** | Re: Search in Mamaroneck re (b) (6), (b) (7)(C) diary? |
| **Date:** | Thursday, November 4, 2021 12:19:02 PM |

Times now believes it's not "a Florida investigation" but an SDNY investigation, "and it involves more than just the diary" (no elaboration on that).

James Margolin
chief public information officer
U.S. Attorney's Office, SDNY
(b) (6), (b) (7)(C)

This is not a part of the responsive record.

3

| | |
|---|---|
| **From:** | Margolin, James (USANYS) [Contractor] |
| **To:** | (b) (6), (b) (7)(C)   Birger, Laura (USANYS); Graff, Ilan (USANYS); (b) (6), (b) (7)(C) Sobelman, Robert (USANYS); Steiner, Mitzi (USANYS) |
| **Cc:** | Biase, Nicholas (USANYS) |
| **Subject:** | Re: O'Keefe (arrest?) |
| **Date:** | Saturday, November 6, 2021 9:39:16 AM |

The Times hears O'Keefe was arrested this morning. (b) (5)
(b) (5)            .

James Margolin
chief public information officer
U.S. Attorney's Office, SDNY
(b) (6), (b) (7)(C)



This is not a part of the responsive record.

4

| | |
|---|---|
| **From:** | Biase, Nicholas (USANYS) |
| **To:** | Sobelman, Robert (USANYS) |
| **Cc:** | Margolin, James (USANYS) [Contractor]; Birger, Laura (USANYS); (b) (6), (b) (7)(C) ); Graff, Ilan (USANYS); (b) (6), (b) (7)(C) ; Steiner, Mitzi (USANYS) |
| **Subject:** | Re: O'Keefe (arrest?) |
| **Date:** | Saturday, November 6, 2021 11:58:59 AM |

Thank you. The Times has his neighbor on record (who they suspect may not be entirely truthful) saying that FBI were banging on O'Keefe's door with guns (or at least one agent with a gun) drawn.

Sent from my iPhone

[This is not a part of the responsive record.]

| | |
|---|---|
| **From:** | Margolin, James (USANYS) [Contractor] |
| **To:** | (b) (6), (b) (7)(C) |
| **Cc:** | Biase, Nicholas (USANYS) |
| **Subject:** | Veritas |
| **Date:** | Wednesday, November 24, 2021 1:44:49 PM |

Willy at the Times says they're doing another story about Project Veritas and they're pretty certain subpoenas went to (b) (6), (b) (7)(C) . He's asking for a wave-off if that's wrong. I made no promises.
Jim

James Margolin
chief public information officer
U.S. Attorney's Office, SDNY
(b) (6), (b) (7)(C)

6

| | |
|---|---|
| **From:** | Margolin, James (USANYS) [Contractor] |
| **To:** | Biase, Nicholas (USANYS); (b) (6), (b) (7)(C) |
| **Cc:** | Sobelman, Robert (USANYS); (b) (6), (b) (7)(C) ; Steiner, Mitzi (USANYS); Kelly, Jacqueline (USANYS) 2 |
| **Subject:** | Re: Veritas |
| **Date:** | Tuesday, November 30, 2021 6:07:30 PM |

No, Willy hasn't said anything about timing.

James Margolin
chief public information officer
U.S. Attorney's Office, SDNY
(b) (6), (b) (7)(C)

> On Nov 30, 2021, at 5:36 PM, Biase, Nicholas (USANYS) (b) (6), (b) (7)(C) wrote:
>
> (b) (5) I've spoken to them today (Willy and Ben Protess), but neither mentioned it. Maybe Jim? (b) (5)
> (b) (5)
>
>
>

[This is not a part of the responsive record.]

7