# **Exhibit 4**

☆ **56D-NY-3339758 (Pending)** ❗

| | |
|---|---|
| Title | (U) RESTRICTED - Access Denied |
| Subfiles | 56D-NY-3339758-CAST |
| | 56D-NY-3339758-CNN |
| | 56D-NY-3339758-ELA |
| | 56D-NY-3339758-GJ |
| | 56D-NY-3339758-INTELPRODS |
| | 56D-NY-3339758-PEN |
| Threat Band: | I |
| Sentinel Tags: | HQ-CID-94-I-22 |
| | ~~HQ-CID-94-I-21~~ |
| | VIOLENCE_HARM |
| | EXTORTION |
| | COERCION |
| | ACTS_LIBERTY |
| | ACTIVITY |
| Summary: | (U) RESTRICTED - Access Denied |
| Type: | Investigative |
| Category: | Full Investigation |
| Opened: | 10/29/2020 |
| History: | Full Investigation initiated 10/29/2020 |
| Owning Squad: | NY-C14 |
| Case Access: | Restricted to everyone except Case Participants |
| SIM(s): | News Media |

**Case Managers**



**Case Participants**



**Case Grand Jury**



1

Case Managers

Case Participants

Case Grand Jury