UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

    Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

    Defendant.

Civil Action No. 22-1034 (BAH)

Judge Beryl A. Howell

**ORDER**

Upon consideration of defendant U.S. Department of Justice's Motion for Summary Judgment, ECF No. 16, and plaintiff Judicial Watch, Inc.'s Cross-Motion for Summary Judgment, ECF Nos. 17–18, the related legal memoranda in support and in opposition, the exhibits and declarations attached thereto, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment, ECF No. 16, is **GRANTED**; it is further

**ORDERED** that plaintiff's Cross-Motion for Summary Judgment, ECF Nos. 17–18, is **DENIED**; and it is further

**ORDERED** that the Clerk of the Court is directed to close this case

1

Case 1:22-cv-01034-BAH   Document 23   Filed 11/27/23   Page 2 of 2

2

**SO ORDERED.**

Date: November 27, 2023

*This is a final and appealable order.*

                                                        _____
                                                        **BERYL A. HOWELL**
                                                        U.S. District Court Judge